UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AMY D. MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:15-cv-01471-RLY-MJD |
| | ) | |
| BETSY MAURER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

Amy D. Martin, Plaintiff, filed this action for fraud against her former sister-in law Betsy Maurer, Defendant. Plaintiff alleges Defendant made a material misrepresentation regarding her brother's assets just prior to Plaintiff signing her divorce settlement agreement. Plaintiff claims she justifiably relied upon that representation and was damaged as a result because she accepted less property in the divorce than she would have otherwise been entitled to receive. Defendant removed this case from the Hamilton Superior Court and subsequently filed a Motion to Dismiss for Lack of Personal Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).

The court referred the motion to the Magistrate Judge, who issued his Report and Recommendation. The Magistrate Judge recommends that this court grant Defendant's motion. No party objects. Consequently, the court reviews the Report and Recommendation for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). After reviewing the record, the Report and Recommendation, and the

relevant case law, this court is satisfied that the Magistrate Judge did not commit clear error.

Therefore, the court **ADOPTS** the Magistrate Judge's Report and Recommendation (Filing No. 44). Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Filing No. 12) is **GRANTED**. Plaintiff's Complaint is hereby **DISMISSED** for want of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).

**SO ORDERED** this 6th day of June 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.